# EXHIBIT #2

# 2024-41479

**COURT:** 113th
**FILED DATE:** 6/28/2024
**CASE TYPE:** OTHER CIVIL



**PHAM, QUANG**

Attorney: BARTLEY, TIFFANY NICOLE

vs.

**DUONG, DUC (OFFICER)**

### Docket Sheet Entries

| Date | Comment |
|------|---------|