# Exhibit #3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **QUANG PHAM** <br> **Plaintiffs** | § § § § § | |
| v. | § § | Civil Action No. 4:23-cv- |
| **CITY OF HOUSTON, THE HOUSTON POLICE DEPARTMENT, DUC DUONG** <br> **Defendants** | § § § § | |

## LIST OF ALL PARTIES OF RECORD

1. **Quang Pham**
   16222 Cobbler Crossing Dr.
   Sugarland, Texas 77498

2. **City of Houston**
   Joy Thomas
   SBN: 24086802
   FBN: Pending
   Phone: (832) 393-6434 (direct)
   joy.thomas@houstontx.gov
   City of Houston Legal Department
   900 Bagby, 3rd Floor
   Houston, Texas 77002
   832.393.6259 – Fax

3. **Counsel for Defendant City of Houston and Houston Police Department:**
   Joy Thomas
   SBN: 24086802
   FBN: Pending
   Phone: (832) 393-6434 (direct)
   joy.thomas@houstontx.gov
   City of Houston Legal Department
   900 Bagby, 3rd Floor
   Houston, Texas 77002
   832.393.6259 – Fax

4. **Counsel for Defendant Duc Duong:**
   Joy Thomas
   SBN: 24086802
   FBN: Pending
   Phone: (832) 393-6434 (direct)
   joy.thomas@houstontx.gov
   City of Houston Legal Department
   900 Bagby, 3rd Floor
   Houston, Texas 77002
   832.393.6259 – Fax