United States District Court
Southern District of Texas
**ENTERED**
November 06, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **QUANG PHAM** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 4:23-cv-03181** |
| **CITY OF HOUSTON POLICE** | § | |
| **DEPARTMENT, DUC DUONG,** | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is Plaintiff's Motion for Remand (ECF 4). The Court DENIES the

motion for the reasons stated on the record.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 1st of November 2024.


_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE